IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       CASE NO. 5:07-cr-36-RS -GRJ

JUSTIN JEROME SWAINE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 275, Defendant's "Notice of Discovery of Evidence" which the Court construes as a request to conduct discovery with respect to Defendant's pending § 2255 motion to vacate. Discovery may not be conducted in a § 2255 case absent leave of court, for good cause shown. *See* Rule 6, Rules Governing § 2255 Proceeding. Upon due consideration of the motion to vacate, the Government's response, Defendant's reply, and Defendant's motion for discovery, the Court concludes that Defendant has not demonstrated good cause for the requested discovery. To the extent that Defendant seeks expedited review of the motion to vacate, the motion will be resolved by the Court in due course, consistent with the Court's docket.

Accordingly, it is **ORDERED:**

That Defendant's "Notice of Discovery of Evidence" is **STRICKEN.**

**DONE AND ORDERED** this 5th day of March 2013.

                                                     *s/ Gary R. Jones*
                                                     GARY R. JONES
                                                     United States Magistrate Judge