IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                   CASE NO. 5:07-cr-36-RS -GRJ

JUSTIN JEROME SWAINE,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 277, the Government's motion to strike Defendant's "Notice of Discovery of Evidence," Doc. 275. The Court struck Defendant's motion by order entered March 5, 2013. Doc. 276. Accordingly, the instant motion to strike is **MOOT.**

**DONE AND ORDERED** this 7th day of March 2013.

                                                *s/Gary R. Jones*
                                              GARY R. JONES
                                              United States Magistrate Judge