IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 5:07-cr-00036-RS-GRJ

JUSTIN JEROME SWAINE,

    Petitioner.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 282) and Petitioner's Objections (Doc. 283). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 244) is **DENIED**.

4. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

3. The clerk is directed to close the file.

**ORDERED** on August 14, 2013.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**